Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 98 C 2896 | **DATE** | 4/2/2002 |
| **CASE TITLE** | Creative Computers Inc vs. Solai & Cameron, Inc | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Defendant, Solai and Cameron, Inc.'s motion to dismiss complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   **Report and recommendation recommending that Defendant, Solai and Cameron, Inc.'s motion to dismiss complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure be granted for want of prosecution for the reasons stated of record is hereby submitted to Judge Marovich.**

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 2 | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | APR 0 3 2002 | |
| | Notified counsel by telephone. | | date docketed | 27 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 02 APR -3 AM 8:50 | 4/2/2002 | |
| | | | date mailed notice | |
| SM | courtroom deputy's initials | FILED | SM | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# ORDER

**Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the Magistrate Judge's Report and Recommendation.** *See* **Fed.R.Civ.72(b); 28 U.S.C.§ 636(b)(1)(B);** *Lorentzen v. Anderson Pest Control,* **64 F.3d 327, 329 (7th Cir. 1995);** *The Provident Bank v. Manor Stell Corp.,* **882 F.2D 258 (7th Cir. 1989).**